## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:12-cr-00199-NT |
| | ) |
| DANIEL COBB, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 11, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision (ECF No. 78). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED. It is further ORDERED that the Defendant's motion for enlargement of time (ECF No. 77) is hereby DENIED.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 8th day of October, 2014.