# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DANIEL COBB, | ) |
| Petitioner, | ) |
| v. | ) Docket no. 2:12-cr-199-NT |
| UNITED STATES OF AMERICA, | ) |
| Respondent | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 16, 2015, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Petitioner's motion for habeas relief under 28 U.S.C. § 2255 is **DENIED**. Further, because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2), I **DECLINE** to order a certificate of appealability. The action is hereby **DISMISSED**.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 17th day of November, 2015.